AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pacold, Martha M. | U.S. District Court for the Northern District of Illinois | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Room 1460
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Saint Ignatius College Prep |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/2007 | Bartlit Beck Herman Palenchar & Scott LLP (former law firm)'s 401(k) plan - Filer will continue to participate in plan. No contributions will be made by firm. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | 401(k) Plan (H) | | | | | | | | | |
| 2. | American Funds American Balanced R6 (RLBGX) | E | Dividend | N | T | | | | | |
| 3. | Brokerage Account #1 (H) | | | | | | | | | |
| 4. | Northwestern Mutual FDIC Insured Deposit Progrm (sweep deposit acct) | A | Interest | J | T | | | | | |
| 5. | Van Eck Constant Maturity Commodity Index Fund Cl Y (CMCYX) | A | Dividend | J | T | Buy (add'l) | 03/27/20 | J | | |
| 6. | | | | | | Sold (part) | 04/13/20 | J | | |
| 7. | | | | | | Sold (part) | 08/31/20 | J | | |
| 8. | iShares Tr Gold iShares (IAU) | A | Dividend | J | T | Buy | 04/13/20 | J | | |
| 9. | | | | | | Buy (add'l) | 08/31/20 | J | | |
| 10. | iShares Tr Core S&P Mid-Cap ETF (IJH) | A | Dividend | L | T | Buy (add'l) | 03/26/20 | J | | |
| 11. | | | | | | Buy (add'l) | 04/13/20 | J | | |
| 12. | | | | | | Sold (part) | 11/02/20 | J | B | |
| 13. | iShares Tr Core S&P Small-Cap ETF (IJR) | A | Dividend | K | T | Buy (add'l) | 03/26/20 | J | | |
| 14. | | | | | | Sold (part) | 11/02/20 | J | A | |
| 15. | iShares Tr Natl Mun Bd ETF Fd (MUB) | A | Dividend | K | T | Sold (part) | 03/26/20 | J | A | |
| 16. | | | | | | Sold (part) | 04/13/20 | J | A | |
| 17. | iShares Tr MSCI USA Value Factor ETF (VLUE) | A | Dividend | K | T | Buy | 08/31/20 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | SPDR S&P 500 ETF Tr Tr Unit (SPY) | C | Dividend | M | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 19. | | | | | | Sold<br>(part) | 08/31/20 | K | D | |
| 20. | SPDR Ser Tr Nuveen Bloomberg Barclays Mun Bd ETF (TFI) | A | Dividend | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 21. | | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 22. | SPDR Ser Tr Nuveen Bloomberg Barclays Short Term Mun Bd ETF (SHM) | A | Dividend | J | T | Sold<br>(part) | 03/26/20 | J | | |
| 23. | | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 24. | VanEck Vectors ETF Tr High-Yield Mun Index ETF (HYD) | A | Dividend | J | T | Sold<br>(part) | 04/13/20 | J | | |
| 25. | Vanguard Tax-Managed Intl Fd FTSE Developed Mkts ETF (VEA) | C | Dividend | M | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 26. | | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 27. | Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (VWO) | B | Dividend | L | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 28. | | | | | | Sold<br>(part) | 11/02/20 | J | A | |
| 29. | Vanguard Index Fds Real Estate Index Fd ETF (VNQ) | A | Dividend | J | T | | | | | |
| 30. | IRA (H) | | | | | | | | | |
| 31. | Northwestern Mutual FDIC Insured Deposit Progrm (sweep deposit acct) | A | Interest | J | T | | | | | |
| 32. | Invesco Balanced- Risk Commodity Strategy Fund Cl Y (BRCYX) | | None | J | T | | | | | |
| 33. | American CenturyShortDurationInflProtectionBondFundClass I (APOHX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34.  American CenturyShortDurationInflProtBondFund Investor Class APOIX (Y) | | | | | | | | | |
| 35.  Baron Asset Fund Institutional Class (BARIX) | A | Distribution | J | T | | | | | |
| 36.  Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 37.  Europacific Growth Fund Class F-2 (AEPFX) | A | Dividend | J | T | | | | | |
| 38.  Fidelity Advisor New Insights Fund Class I (FINSX) | A | Dividend | J | T | Sold (part) | 08/31/20 | J | B | |
| 39.  Goldman Sachs International Small Cap Insights Fund Class I (GICIX) | A | Dividend | J | T | | | | | |
| 40.  Goldman Sachs Absolute Return Tracker Fd Inst'l Cl (GJRTX) | A | Dividend | J | T | | | | | |
| 41.  The Oakmark International Fund Investor Class (OAKIX) | | None | | | Sold | 07/24/20 | J | | |
| 42.  Oakmark International Fund Advisor Class (OAYIX) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 43.  John Hancock Disciplined Value Mid Cap Fund Class I (JVMIX) | A | Dividend | J | T | | | | | |
| 44.  MFS Value Fund Class I (MEIIX) | A | Dividend | J | T | Sold (part) | 08/31/20 | J | A | |
| 45.  New World Fund Class F-2 (NFFFX) | A | Dividend | J | T | | | | | |
| 46.  Northern Small Cap Value Fund (NOSGX) | A | Dividend | J | T | | | | | |
| 47.  Pimco Income Fund Class I-2 (PONPX) (Y) | A | Dividend | J | T | | | | | |
| 48.  Principal Real Estate Securities Fd Cl I (PIREX) | A | Dividend | J | T | | | | | |
| 49.  Principal Global Multi Strategy Fund Class I (PSMIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. T Rowe Price Emerging Markets Stock (PRMSX) | A | Dividend | J | T | | | | | |
| 51. TIAA-CREF Bond Fund Advisor Class (TIBHX) | A | Dividend | J | T | Sold (part) | 04/13/20 | J | A | |
| 52. Goldman Sachs ETF Tr Tr Activebeta U S Large Cap Equity ETF (GSLC) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 53. iShares Gold Tr iShares (IAU) (X) | | None | J | T | | | | | |
| 54. iShares Tr MSCI USA Value Factor ETF (VLUE) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 55. Brokerage Account #2 (H) | | | | | | | | | |
| 56. Schwab Bank Savings Sweep account | A | Interest | J | T | | | | | |
| 57. Invesco FTSE RAFI Developed Markets Ex-U.S. ETF (PXF) | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 58. | | | | | Sold (part) | 06/22/20 | J | A | |
| 59. Invesco FTSE RAFI Developed Markets Ex-U.S. Small-Mid ETF (PDN) | A | Dividend | J | T | Sold | 02/28/20 | J | | |
| 60. | | | | | Buy | 04/16/20 | J | | |
| 61. Invesco FTSE RAFI Emerging Markets ETF (PXH) | A | Dividend | J | T | Sold | 03/09/20 | J | | |
| 62. | | | | | Buy | 04/16/20 | J | | |
| 63. Invesco FTSE RAFI US 1000 ETF (PRF) | | None | | | Sold | 03/12/20 | J | | |
| 64. Invesco FTSE RAFI US 1500 Small-Mid ETF (PRFZ) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 65. | | | | | Sold | 04/13/20 | J | | |
| 66. | | | | | Buy | 05/14/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67.  iShares Core MSCI Emerging ETF (IEMG) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 68.  iShares Core US REIT ETF (USRT) | A | Dividend | J | T | Sold | 03/16/20 | J | | |
| 69. | | | | | Buy | 05/14/20 | J | | |
| 70.  Schwab Emerging Markets Equity ETF (SCHE) | A | Dividend | J | T | Sold | 03/12/20 | J | | |
| 71. | | | | | Buy | 06/22/20 | J | | |
| 72.  Schwab Funda Emg Mkts Large Com ETF (FNDE) | A | Dividend | J | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 73. | | | | | Sold | 04/16/20 | J | | |
| 74. | | | | | Buy | 06/22/20 | J | | |
| 75.  Schwab Fundamental Inl Large Com ETF (FNDF) | A | Dividend | | | Sold<br>(part) | 04/16/20 | J | | |
| 76.  Schwab Fundamental Intl Smal Com ETF (FNDC) | A | Dividend | | | Buy | 02/28/20 | J | | |
| 77. | | | | | Sold<br>(part) | 04/16/20 | J | | |
| 78.  Schwab Fundamental US Large Co ETF (FNDX) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 79. | | | | | Sold<br>(part) | 06/22/20 | J | A | |
| 80.  Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 81. | | | | | Buy | 04/13/20 | J | | |
| 82. | | | | | Sold | 05/14/20 | J | | |
| 83.  Schwab Internatnal Small Cap Eqy ETF (SCHC) | | None | | | Sold | 03/12/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. Schwab International Equity ETF (SCHF) | A | Dividend | | | Buy (add'l) | 03/09/20 | J | | |
| 85. | | | | | Sold (part) | 04/16/20 | J | | |
| 86. Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 87. | | | | | Sold | 03/19/20 | J | | |
| 88. | | | | | Buy | 06/22/20 | J | | |
| 89. Schwab US Small Cap ETF (SCHA) | A | Dividend | | | Buy | 03/09/20 | J | | |
| 90. | | | | | Sold (part) | 04/16/20 | J | | |
| 91. Charles Schwab US REIT ETF (SCHH) | A | Dividend | | | Buy | 03/16/20 | J | | |
| 92. | | | | | Sold | 05/14/20 | J | | |
| 93. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | J | T | Sold | 03/09/20 | J | | |
| 94. | | | | | Buy | 04/16/20 | J | | |
| 95. | | | | | Sold (part) | 06/22/20 | J | A | |
| 96. Vanguard Glbal Ex US Real Estate ETF (VNQI) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 97. Vanguard S&P 500 ETF (VOO) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | A | |
| 98. | | | | | Sold (part) | 03/17/20 | J | A | |
| 99. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 100. Vanguard Small Cap ETF IV (VB) | A | Dividend | J | T | Sold | 03/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | Buy | 04/16/20 | J | | |
| 102. Vgrd FTSE All Wrld Ex US Sml Cap ETF (VSS) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 103. Xtrackers Inter Real Est ETF (HAUZ) | | | | | Sold | 03/12/20 | J | | |
| 104. Roth IRA #1 (H) | | | | | | | | | |
| 105. Schwab Bank Savings Sweep account | A | Interest | J | T | | | | | |
| 106. Charles Schwab US REIT ETF (SCHH) | A | Dividend | J | T | | | | | |
| 107. Invesco FTSE RAFI US 1500 Small-Mid ETF (PRFZ) (Y) | | | | | | | | | |
| 108. iShares Core MSCI Emerging ETF (IEMG) | A | Dividend | J | T | Buy (add'l) | 06/24/20 | J | | |
| 109. Schwab Funda Emg Mkts Large Com ETF (FNDE) | A | Dividend | J | T | Buy (add'l) | 06/24/20 | J | | |
| 110. Schwab Fundamental Inl Large Com ETF (FNDF) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | | |
| 111. Schwab Fundamental Intl Smal Com ETF (FNDC) | A | Dividend | J | T | | | | | |
| 112. Schwab Fundamental US Large Co ETF (FNDX) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | A | |
| 113. Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | J | T | | | | | |
| 114. Schwab Internatnal Small Cap Eqy ETF (SCHC) | A | Dividend | J | T | | | | | |
| 115. Schwab US Small Cap ETF (SCHA) | A | Dividend | J | T | | | | | |
| 116. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | | |
| 117. Vanguard Glbal Ex US Real Estate ETF (VNQI) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 118.  Vanguard S&P 500 ETF (VOO) | A | Dividend | J | T | Sold<br>(part) | 03/16/20 | J | | |
| 119.  Vgrd FTSE All Wrld Ex US Sml Cap ETF (VSS) (Y) | | | | | | | | | |
| 120.  Bank of America cash accounts | A | Interest | J | T | | | | | |
| 121.  Capital One cash accounts | A | Interest | J | T | | | | | |
| 122.  HSA Bank cash account (HSA) | A | Interest | K | T | | | | | |
| 123.  Northwestern Mutual Adjustable Complife Life Insurance (whole) | C | Dividend | M | T | | | | | |
| 124.  Northwestern Mutual Adjustable Complife Life Insurance (whole) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pacold, Martha M. | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martha M. Pacold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544